IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALLEN SHARONOFF, | ) | Case No. C 15-1086 PSG (PR) |
| Petitioner, | ) | **ORDER OF TRANSFER** |
| v. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

On March 24, 2015, Kenneth Allen Sharonoff, an inmate at Pleasant Valley State Prison, filed a *pro se* federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  Sharonoff seeks habeas relief from his underlying conviction and sentence from the Superior Court of El Dorado County.  El Dorado County lies in the Eastern District of California.  Venue for a habeas action is proper in either the district of confinement or the district of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.[2] Here, the Eastern District of California is the district of conviction and the district of confinement.  Accordingly, this case is TRANSFERRED to the Eastern District of California.[3]

---

[1] *See* 28 U.S.C. § 2241(d).

[2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

[3] *See* 28 U.S.C. § 1404(a).

Case No. C 15-1086 PSG (PR)
ORDER OF TRANSFER

1  The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District
2  of California.
3       IT IS SO ORDERED.
4  DATED: 4/22/2015

                               _____
                               PAUL S. GREWAL
                               United States Magistrate Judge

Case No. C 15-1086 PSG (PR)
ORDER OF TRANSFER          2